HEUSY, Respondent, v. J. H. SHIPWAY & BRO., Appellants. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Christian Heusy against J. H. Shipway & Bro. H. S. Hertwig, of New York City, for appellants. T. L. A. Britt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HILDEBRANDT, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 24, 1913.) Action by Jennie A. Hildebrandt, as executrix, etc., against the Lehigh Valley Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 157 App. Div. 828, 143 N. Y. Supp. 247) denied, with $10 costs.

HIRSCHFIELD, Appellant, v. KEITH & PROCTOR AMUSEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Annie Hirschfield against the Keith & Proctor Amusement Company. D. J. Miller, of New York City, for appellant. L. F. Fish, of New York City, for respondent. No opinion. Order reversed, motion granted, and complaint dismissed, unless plaintiff pays the costs of the former action within 30 days from the date of service of the order of this court on her, in which case the motion will be denied, with $10 costs. No costs of this appeal. Settle order on notice.

HOCHSTIM v. SONNTAG. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Max Hochstim against John A. Sonntag. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 157 App. Div. 920, 142 N. Y. Supp. 1122.

HOFFMAN, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Norbert L. Hoffman against the State of New York. No opinion. Determination unanimously confirmed, with costs.

HOLLAND, Respondent, v. RICKETTS, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by John G. Holland against Charles Ricketts. No opinion. Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action? See, also, 157 App. Div. 885, 141 N. Y. Supp. 1123.

HOLMES v. BELL et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Artemas H. Holmes against Helen V. Bell and others. F. E. Mygatt, of New York City, for appellants. L. C. Lewis, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of Holmes v. Bell, 139 App. Div. 455, 124 N. Y. Supp. 301, affirmed 200 N. Y. 586, 94 N. E. 1094. Order filed. See, also, 140 App. Div. 907, 125 N. Y. Supp. 1124.

In re HOLYWELL. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) In the matter of Effingham L. Holywell, as attorney. PER CURIAM. The motion of the Bar Association to confirm the report of the referee herein is granted, and Mr. Holywell is directed to appear at the bar of this court on Monday, November 10, 1913, at 1 o'clock p. m. JENKS, P. J., not voting. See, also, 149 App. Div. 960, 134 N. Y. Supp. 1135.

HOOKER et al., Respondents, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Horace B. Hooker and another against the City of Auburn. No opinion. Motion for leave to appeal to Court of Appeals (from 156 App. Div. 924, 141 N. Y. Supp. 1124) denied, with $10 costs.

HOREY, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Anthony Horey against the International Railway Company, and another. No opinion. Judgment and order affirmed, with costs.

HOWE et al., Appellants, v. PLYMOUTH RUBBER CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Solomon H. Howe and others against the Plymouth Rubber Company. D. W. Richards, of New York City, for appellants. Myers & Goldsmith, of New York City, for respondent. No opinion. Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion for bill of particulars granted. Order filed.

HOYT & DE MALLIE CO., Inc., v. NEW YORK RYS. CO. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by the Hoyt & De Mallie Company, Incorporated, against the New York Railways Company. From a judgment dismissing the complaint at the close of plaintiff's case, it appeals. Reversed, and new trial ordered. Thompson & Ballantine, of New York City (John F. O'Neil, of New York City, of counsel), for appellant. James L. Quackenbush, of New York City (B. F. Record, of New York City, of counsel), for respondent. PER CURIAM. An examination of the record satisfies us that the plaintiff established a prima facie case. No useful purpose would be served by detailing the facts. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.